**VACATE and REMAND; Opinion Filed November 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01211-CV

### OPTIMAL BLUE, L.L.C., Appellant

### V.

### VANTAGE PRODUCTION, L.L.C., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02838-2014**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Stating they have reached an agreement to compromise and settle their differences, the parties have filed a joint motion to dismiss appeal, dissolve the trial court's temporary injunction, and remand the case to the trial court for rendition of judgment in accordance with their agreement. We grant the motion to the extent that we vacate the trial court's temporary injunction without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Craig Stoddart/
141211F.P05
CRAIG STODDART
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OPTIMAL BLUE, L.L.C., Appellant

No. 05-14-01211-CV          V.

VANTAGE PRODUCTION, L.L.C.,
Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-02838-2014.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's temporary injunction without regard to the merits and **REMAND** this cause to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to the parties' agreement, we **ORDER** that appellee Vantage Production, L.L.C. recover its costs, if any, of this appeal from appellant Optimal Blue, L.L.C.

Judgment entered this 18th day of November, 2014.